UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 13-115 DSF | Date | 2/7/13 |
|---|---|---|---|
| Title | In re German Nelson Orrellana-Acevedo | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order to Show Cause re Dismissal

The notice of appeal in this case appears to have been filed outside of the time limits provided in Federal Rule of Bankruptcy Procedure 8002. Therefore, Appellant is ordered to show cause, no later than February 14, 2013, why this appeal should not be dismissed.

IT IS SO ORDERED.